UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARCQUIS MAYFIELD,
    Plaintiff,

v.

DEPARTMENT OF REHABILITATION AND CORRECTION, *et al*,
    Defendants.

Case No. 2:20-cv-4841

District Judge James L. Graham
Magistrate Judge Peter B. Silvain, Jr.

**NOTICE TO PRO SE PLAINTIFF UPON FILING OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

You are hereby notified that Defendant has filed a motion for summary judgment in this case pursuant to Fed. R. Civ. P. 56. (Doc. #28). The motion may result in the dismissal of all your claims. You should receive a copy of the motion directly from Defendant via regular mail. Your response to this motion must be filed not later than twenty-four (24) days after the motion was filed with the Court and must conform to the requirements of Fed. R. Civ. P. 56. When you file your response, you must include a certificate confirming you have served your response on *all* parties in the case. Please consult the Court's Pro Se Guide for Civil Litigants for guidance about responding to Defendant's motion. The Pro Se Guide for Civil Litigants is available in the Office of the Clerk of Court, Walter H. Rice Federal Building and U.S. Courthouse, Room 712, 200 W. 2nd St., Dayton, OH 45402, and online at https://www.ohsd.uscourts.gov/pro-se.

April 4, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge