IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Marcquis Mayfield, | Case No: 2:20-cv-4841 |
| Plaintiff, | Judge Graham |
| v. | Magistrate Judge Silvain, Jr. |
| Department of Rehabilitation and Correction, *et al.*, | |
| Defendant. | |

## ORDER

This matter is before the Court on the Magistrate Judge's September 29, 2022 Report and Recommendations. No objections have been filed.

As detailed in the Report and Recommendations, plaintiff has failed to prosecute this action in the face of defendant's motion for summary judgment. Plaintiff has not only failed to respond to the summary judgment motion, he has failed on three occasions to respond to an Order of the Court (April 4, 2022 Notice, August 31, 2022 Show Cause Order, September 29, 2022 Report and Recommendations). Further, he has failed to provide the Court with an update mailing address.

Accordingly, the Court adopts the Report and Recommendations. This action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute. The Clerk shall terminate this case.

s/ James L. Graham
JAMES L. GRAHAM
DATE: October 24, 2022     United States District Judge